PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:17-MJ-00051-JLT |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S APPLICATION |
| v. | |
| BRYSHANIQUE ALLEN, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the government's Complaint, affidavit in support of the Complaint, and arrest warrant pertaining to defendant BRYSHANIQUE ALLEN, Government's Request to Seal, and this Sealing Order shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and, upon defendant's counsel for the defendant.

Dated: 12/7/17

*/s/ Jennifer L. Thurston*
THE HONORABLE JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE